# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158013(65)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

XUN WANG,
        Defendant-Appellant.
_____/

SC: 158013
COA: 336673
Ingham CC: 15-000754-FH

On order of the Chief Justice, the joint motion of the Michigan State Medical Society and the American Medical Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 20, 2019, is accepted for filing.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2019

Clerk